IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION


FILED
MAY 0 5 2016
Clerk, U S District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HAILEY N. WILSON,<br><br>　　　　　Defendant. | PO-15-5252-M-JCL<br>CVB Violation No:<br>FAEC002U, F4234159<br><br>ORDER DISMISSING<br>AND VACATING TRIAL |

The United States of America has moved to dismiss violations FAEC002U and F4234159 with prejudice and to vacate the trial currently set for May 9, 2016, at 11:00 a.m. Accordingly,

IT IS ORDERED that violations **FAEC002U and F4234159** are **DISMISSED** with prejudice.

IT IS FURTHER ORDERED that the trial set for May 9, 2016 at 11:00 a.m. is **VACATED**.

The Clerk of Court is directed to forward a copy of this order to the U.S. Attorney's Office, the Defendant, and to the Central Violations Bureau at P.O. Box 780549, San Antonio, Texas 78278-0549. CVB is directed to enter **NC** as the disposition code in this matter.

DATED this 5th day of May, 2016.

_____
Jeremiah C. Lynch
United States Magistrate Judge

c: USA
   Def
   CVB